

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00594-CV

Mary **MATTHEWS,**
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

# O R D E R

On November 6, 2018, we granted the parties' joint motion to abate this appeal until February 5, 2019, to allow time for settlement discussions. We ordered Appellant to file in this court not later than February 5, 2019, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed. We advised the parties that if they did not settle by the deadline, Appellant's brief would be due on March 7, 2019.

On February 8, 2019, Appellant filed a motion to reinstate the appeal.

We REINSTATE the appellate timetable. Appellant's brief is due on March 7, 2019.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court